**WO** SC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James K. Trueman,<br><br>       Plaintiff,<br><br>vs.<br><br>State of Hawaii, et al.,<br><br>       Defendants. | No. CV 09-2179-PHX-RCB (DKD)<br><br>**ORDER** |

Plaintiff James K. Trueman is a Hawaiian inmate confined in the Saguaro Correctional Center (SCC), a Corrections Corporation of America (CCA) facility, in Eloy, Arizona, who filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983 with an Application to Proceed *In Forma Pauperis* in the District Court for the District of Hawaii. (Doc.# 1, 2.)[1] The Hawaii District Court transferred the action to this District as the proper venue.[2] (Doc.# 4.) Because this District's Local Rules require the use of a court-approved form for prisoners to proceed *in forma pauperis*, the Court will give Plaintiff 30 days to either file a completed Application to Proceed *In Forma Pauperis* using this District's form or pay the filing fee.

## I. Payment of Filing Fee

When bringing an action, a prisoner must either pay the $350.00 filing fee in a lump sum or, if granted the privilege of proceeding *in forma pauperis*, pay the fee incrementally

---

[1] "Doc.#" refers to the docket number of filings in this case.

[2] Although the Hawaii District Court stated in the transfer Order that the Complaint and the Hawaii *in forma pauperis* application were transferred to this District, only the Complaint was actually transferred to this District..

**JDDL-K**

as set forth in 28 U.S.C. § 1915(b)(1). An application to proceed *in forma pauperis* requires an affidavit of indigence and a *certified* copy of the inmate's trust account statement for the six months preceding the filing of the Complaint. 28 U.S.C. § 1915(a)(2). An inmate must submit statements from each institution where he was confined during the six-month period. Id. To assist prisoners in meeting these requirements, the Court requires use of a form application. LRCiv 3.4(a).

If a prisoner is granted leave to proceed *in forma pauperis*, the Court will assess an initial partial filing fee of 20% of either the average monthly deposits or the average monthly balance in Plaintiff's account, whichever is greater. 28 U.S.C. § 1915(b)(1). An initial partial filing fee will only be collected when funds exist. 28 U.S.C. § 1915(b)(4). The balance of the fee will be collected in monthly payments of 20% of the preceding month's income credited to an inmate's account, each time the amount in the account exceeds $10.00. 28 U.S.C. § 1915(b)(2).

**II.     Submission of Application on the Court-Approved Form**

Plaintiff will be granted leave to submit an Application to Proceed *In Forma Pauperis* on this District's court-approved form. Plaintiff must complete the "Consent to Collection of Fees from Trust Account" section and sign and date it. The "Certificate of Correctional Official as to Status of Applicant's Trust Account" section must also be completed and Plaintiff must submit a certified six-month trust account statement. Plaintiff will be permitted 30 days to either pay the $350.00 filing fee or file a complete Application to Proceed *In Forma Pauperis* on this District's court-approved form.

**III.    Warnings**

   **A.     Address Changes**

Plaintiff must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure. Plaintiff must not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal of this action.

### B. Copies

Plaintiff must submit an additional copy of every filing for use by the Court. See LRCiv 5.4. Failure to comply may result in the filing being stricken without further notice to Plaintiff.

### C. Possible Dismissal

If Plaintiff fails to timely comply with every provision of this Order, including these warnings, the Court may dismiss this action without further notice. See Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED:**

(1) Within 30 days of the date this Order is filed, Plaintiff must either pay the $350.00 filing fee **or** file a completed Application to Proceed *In Forma Pauperis* and a certified six-month trust account statement.

(2) If Plaintiff fails to either pay the $350.00 filing fee or file a completed Application to Proceed *In Forma Pauperis* within 30 days, the Clerk of Court must enter a judgment of dismissal of this action without prejudice and without further notice to Plaintiff.

(3) The Clerk of the Court must mail Plaintiff a court-approved form for filing an Application to Proceed *In Forma Pauperis* (Non-Habeas).

Dated this 9th day of May, 2010.

Robert C. Broomfield
Senior United States District Judge