| | |
|---|---|
| **WO** | SC |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James K. Trueman, | No. CV 09-2179-PHX-RCB (DKD) |
| Plaintiff, | **AMENDED ORDER FOR PAYMENT** |
| vs. | **OF INMATE FILING FEE** |
| State of Hawaii, et al., | |
| Defendants. | |

**TO: THE WARDEN OF THE SAGUARO CORRECTIONAL CENTER**

Plaintiff James K. Trueman, inmate #A0133572, who is confined in the Saguaro Correctional Center in Eloy, Arizona, must pay the statutory filing fee of $350.00. Plaintiff must first pay an initial partial filing fee of $231.55. Thereafter, Plaintiff must pay the balance of the fee in monthly payments of 20% of the preceding month's income credited to Plaintiff's trust account. The Warden of Saguaro Correctional Center, or his designee, must collect and forward these payments to the Clerk of Court each time the amount in the account exceeds $10.00.

**IT IS ORDERED:**

(1) The Warden of the Saguaro Correctional Center, or his designee, must forward to the Clerk of Court the initial partial filing fee of $231.55. The balance of the $350.00 filing fee must be collected from Plaintiff's trust account in monthly payments of 20% of the preceding month's income credited to the account. Payments must be forwarded to the Clerk

1 of the Court each time the amount in the account exceeds $10.00. The payments must be
2 clearly identified by the name and number assigned to this action.

3     (2) The Warden of the Saguaro Correctional Center, or his designee, must notify
4 the Clerk of Court in writing when Plaintiff is released or transferred to a correctional
5 institution other than Saguaro Correctional Center, so new billing arrangements may be made
6 to collect any outstanding balance.

7     (3) The Clerk of Court must serve by mail a copy of this Order on the Warden of
8 Saguaro Correctional Center, 1250 East Arica Road, Eloy, Arizona, 85131.

9     (4) The Clerk of Court must forward a copy of this Order to Financial
10 Administration for the Phoenix Division of the United States District Court for the District
11 of Arizona. Financial Administration must set up an account to receive payments on the
12 filing fee for this action and must notify the Court when the filing fee is paid in full.

13 DATED this 16th day of June, 2010.

_____
Robert C. Broomfield
Senior United States District Judge