**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| James K. Trueman,              )<br>                              )<br>          Plaintiff,         )<br>                              )<br>     vs.                      )<br>                              )<br>Jason Johnson, Unknown Avena, )<br>and Unknown Molina,           )<br>                              )<br>          Defendants.        )<br>_____) | No. CIV 09-2179-PHX-RCB<br><br>O R D E R |

On March 13, 2012, this court allowed plaintiff *pro se* James K. Trueman to "conduct limited discovery" within the parameters enumerated in that order. See Ord. (Doc. 34) at 3:5-26 - 4:5, ¶¶ (1)-(6). Plaintiff did not comply with the thirty day time for service and filing of the written questions which that order allowed. See id. at 3:9-12, ¶ (2). Consequently, as the court previously indicated that it would, due to plaintiff's non-compliance with that time frame, this case is **DISMISSED** without

. . .

1  prejudice, subject to any statute of limitations defense.  <u>See</u> <u>id.</u>

2       DATED this 17th day of April, 2012.

*/s/ Robert C. Broomfield*
Robert C. Broomfield
Senior United States District Judge

12  Copies to counsel of record and plaintiff *pro se*

- 2 -