**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James K. Trueman, ) | |
| ) | |
| Plaintiff, ) | No. CIV 09-2179-PHX-RCB |
| ) | |
| vs. ) | O R D E R |
| ) | |
| Jason Johnson, Unknown Avena, ) and Unknown Molina, ) | |
| ) | |
| Defendants. ) | |

On March 13, 2012, this court allowed plaintiff *pro se* James K. Trueman to "conduct limited discovery" within the parameters enumerated in that order. See Ord. (Doc. 34) at 3:5-26 - 4:5, ¶¶ (1)-(6). Plaintiff did not comply with the thirty day time for service and filing of the written questions which that order allowed. See id. at 3:9-12, ¶ (2). Consequently, as the court previously indicated that it would, due to plaintiff's non-compliance with that time frame, this case is **DISMISSED** without

. . .

1  prejudice, subject to any statute of limitations defense.  <u>See</u> <u>id.</u>
2       DATED this 17th day of April, 2012.

*/s/ Robert C. Broomfield*
Robert C. Broomfield
Senior United States District Judge

12 Copies to counsel of record and plaintiff *pro se*